IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 04-cv-00791-WDM-BNB

STEPHEN H. ADAMS,

Plaintiff,

v.

LANCE DYER, Aurora Police Department,
MICHAEL GASKILL, Aurora Police Department,
CHRISTOPHER STINE, Aurora Police Department,
GERALD JOHNSGUARD [SIC], Aurora Police Department,
DAVID ORD, Aurora Police Department,
RICHARD DAY, Aurora Police Department,
WILLIAM HELLER, Aurora Police Department,
JUSTIN THULL, Aurora Police Department,
JULIE STAHNKE, Aurora Police Department,
LIEUTENANT STEPHENSON [SIC], Aurora Police Department,
CAPTAIN CLOYDE [SIC], Chief/Captain of Aurora Police Department in Supervisory, City of Aurora Police Department, and
CITY OF AURORA, COLORADO,

Defendants.

_____

**ORDER**
_____

This matter is before me on **Plaintiff's Reply to Defendant's Reply Brief in Support of Motion for Summary Judgment** (the "Sur-Reply"), filed June 22, 2005.  The defendants filed a motion for summary judgment on April 18, 2005.  The plaintiff responded on May 20, 2005, and the defendants replied on June 2, 2005.  The plaintiff now attempts to submit a sur-reply to the summary judgment motion.

The local rules of this court provide that there shall be a motion, a response, and a reply. D.C.COLO.LCivR 7.1C.  Further briefing is not permitted without leave of court.  The plaintiff

has not sought leave to file a sur-reply, nor does it appear that further briefing is necessary.

Accordingly,

IT IS ORDERED that Plaintiff's Reply to Defendant's Reply Brief in Support of Motion for Summary Judgment is STRICKEN.

DATED June 28, 2005.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge