IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-00791-WDM-BNB

STEPHEN H. ADAMS,

    Plaintiff,

v.

LANCE DYER, Aurora Police Department,
MICHAEL GASKILL, Aurora Police Department,
CHRISTOPHER STINE, Aurora Police Department,
GERALD JOHNSGUARD [sic], Aurora police Department,
RICHARD DAY, Aurora Police Department,
WILLIAM HELLER, Aurora Police Department,
JUSTIN THULL, Aurora Police Department,
JULIE STAHNKE, Aurora Police Department,
LIEUTENANT STEPHENSON [sic], Aurora Police Department
CAPTAIN CLOYDE [sic], Chief/Captain of Aurora Police Department in Supervisory,
City of Aurora Police Department, and
CITY OF AURORA, COLORADO,

    Defendants.



United States District Court
Denver, Colorado

AUG 1 2 2005

GREGORY C. LANGHAM

---

ORDER DIRECTING PLAINTIFF TO MAKE
MONTHLY FILING FEE PAYMENT OR TO SHOW CAUSE

---

Plaintiff has been granted leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Pursuant to § 1915(b)(2), Plaintiff is required to make "monthly payments of 20 percent of the preceding month's income credited to his account" until the filing fee is paid in full. In the order granting Plaintiff leave to proceed *in forma pauperis* pursuant to § 1915, Plaintiff was instructed either to make the required monthly payments or to show cause each month why he has no assets and no means by which to make the monthly payment. In order to show cause, Plaintiff was directed

to file a current certified copy of his inmate trust fund account statement. Plaintiff was warned that a failure to comply with the requirements of § 1915(b)(2) would result in the dismissal of this action.

Plaintiff has failed to make the required monthly payment since March 16, 2005, or to show cause why he has no assets and no means by which to make the monthly payments. Therefore, Plaintiff will be ordered either to make the required monthly payments or to show cause why he cannot make the required monthly payments. Accordingly, it is

ORDERED that Plaintiff shall have until 15 days from the date of this Order to make the required monthly payments of 20 percent of each month's income credited to his account or to show cause why he cannot make the required monthly payments. It is

FURTHER ORDERED that if Plaintiff fails to comply with this order, the complaint and the action will be dismissed without further notice.

DATED at Denver, Colorado, this 12th day of August, 2005.

BY THE COURT:

_____
Boyd N. Boland, United States Magistrate Judge