IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2005 OCT 27 PM 2:30

GREGORY C. LANGHAM
CLERK

BY_____DEP. CLK

Civil Action No. 04-cv-00791-WDM-BNB

STEPHEN H. ADAMS,

Plaintiff,

v.

LANCE DYER, Aurora Police Department,
MICHAEL GASKILL, Aurora Police Department,
CHRISTOPHER STINE, Aurora Police Department,
GERALD JOHNSGUARD [SIC], Aurora Police Department,
RICHARD DAY, Aurora Police Department,
WILLIAM HELLER, Aurora Police Department,
JUSTIN THULL, Aurora Police Department,
JULIE STAHNKE, Aurora Police Department,
LIEUTENANT STEPHENSON [SIC], Aurora Police Department,
CAPTAIN CLOYDE [SIC], Chief/Captain of Aurora Police Department in Supervisory, City of Aurora Police Department, and
CITY OF AURORA, COLORADO,

Defendants.

---

## ORDER DIRECTING PLAINTIFF TO MAKE
## MONTHLY FILING FEE PAYMENT OR TO SHOW CAUSE

---

Plaintiff has been granted leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Pursuant to § 1915(b)(2), plaintiff is required to make "monthly payments of 20 percent of the preceding month's income credited to his account" until the filing fee is paid in full. In the order granting plaintiff leave to proceed *in forma pauperis*, plaintiff was instructed either to make the required monthly payments or to show cause **each month** why he has no assets and no means by which to make the monthly payment. In order to show cause, plaintiff was directed to file a

certified copy of his inmate trust fund account statement. Plaintiff was warned that a failure to comply with the requirements of § 1915(b)(2) would result in the dismissal of this action.

Plaintiff repeatedly has failed to comply with his **monthly** requirement either to make a payment or to show cause why he cannot. Instead, as the chart below demonstrates, with the exception of a single payment in June 2004, plaintiff has paid or shown cause only in response to an order to pay or show cause which threatened dismissal of his case:

| Date | Event |
|---|---|
| 4/30/04 | plaintiff granted leave to proceed *in forma pauperis* and required to pay an initial partial filing fee of $16.00 |
| 5/7/04 | receipt of payment: $16.00 |
| 6/23/04 | receipt of payment: $16.00 |
| 3/1/05 | order to make monthly payment or show cause |
| 3/16/05 | receipt of payment: $35.00 |
| 8/15/05 | order to make monthly payment or show cause |
| 8/23/05 | receipt of payment: $25.00 |

No payment was made nor was cause shown for the failure to pay in July, August, September, October, November, and December of 2004; and in January, February, April, May, June, July, September, and October of 2005. Thus, plaintiff has failed to satisfy his monthly obligation to pay or show cause in 14 of the 18 months his case has been pending.

Plaintiff has again failed to make the required monthly payment or show cause why he has no assets and no means by which to make the monthly payments for past two months--since August 23, 2005. Therefore, plaintiff will be ordered either to make the required monthly payments or to show cause why he cannot.

2

Nor is it acceptable for plaintiff to meet his monthly obligations only when specifically called upon by the court through an order to pay or show cause. Such a procedure unreasonably burdens the court. Consequently, hereafter I will require plaintiff, on or before the 15th day of **each** month and without any further notice from or order of the court, either to make the required monthly payment for the preceding month or to file a certified copy of his inmate trust fund account statement for the preceding month demonstrating that he has no assets and no means by which to make the monthly payment. If plaintiff fails hereafter to comply with this requirement in any month prior to the date on which the filing fee is paid in full, I will recommend that the case be dismissed for failure to comply with this order and with the order allowing plaintiff to proceed *in forma pauperis* entered April 30, 2004.

IT IS ORDERED that plaintiff shall have 15 days from the date of this order to make the required monthly payments of 20 percent of each month's income credited to his account or to show cause why he cannot make the required monthly payments.

IT IS FURTHER ORDERED that on the 15th day of **each** month hereafter plaintiff shall either make the required monthly payment for the preceding month or file a certified copy of his inmate trust fund account statement for the preceding month demonstrating that he has no assets and no means by which to make the monthly payment.

IT IS FURTHER ORDERED that if plaintiff fails to comply with this order, the complaint and this action may be dismissed without further notice.

Dated October 26, 2005.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge