IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 04-cv-00791-WDM-BNB

STEPHEN H. ADAMS,

Plaintiff,

v.

LANCE DYER, Aurora Police Department,
MICHAEL GASKILL, Aurora Police Department,
CHRISTOPHER STINE, Aurora Police Department,
GERALD JOHNSGUARD [SIC], Aurora Police Department,
RICHARD DAY, Aurora Police Department,
WILLIAM HELLER, Aurora Police Department,
JUSTIN THULL, Aurora Police Department,
JULIE STAHNKE, Aurora Police Department,
LIEUTENANT STEPHENSON [SIC], Aurora Police Department,
CAPTAIN CLOYDE [SIC], Chief/Captain of Aurora Police Department in Supervisory, City of Aurora Police Department, and
CITY OF AURORA, COLORADO,

Defendants.
_____

**ORDER**
_____

This matter arises in connection with (1) the Order Directing Plaintiff to Make Monthly Filing Fee Payment or to Show Cause entered October 27, 2005 (the "Order to Show Cause"); and (2) plaintiff's **Motion Requesting the Court Issue an Order Stating Filing Fee Received and Paid In Full By Plaintiff** (the "Motion"), filed November 22, 2005.

The court records reflect the following partial payments made by the plaintiff against the $150.00 filing fee due in this case:

| **Date of Payment** | **Amount of Payment** |
|---|---|
| 5/7/04 | $16.00 |
| 6/23/04 | 16.00 |
| 3/16/05 | 35.00 |
| 8/23/05 | 25.00 |
| 11/9/05 | 58.00 |
| TOTAL | $150.00 |

The plaintiff has paid in full the filing fee due in connection with this case.  Accordingly,

IT IS ORDERED that the Order to Show Cause is DISCHARGED, and the Motion is GRANTED.

Dated November 28, 2005.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge