IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-00791-WDM-BNB

STEPHEN H. ADAMS,

        Plaintiff,

v.

LANCE DYER,
MICHAEL GASKILL,
CHRISTOPHER JOHNSGUARD,
RICHARD DAY,
DAVID ORD,
WILLIAM HELLEY,
JUSTIN THULL,
JULIE STAHUNKE,
LT. STEPHENSON,
CAPT. CLOYDE,
CITY OF AURORA,

        Defendants.

---

## ORDER TO CURE DEFICIENCY

Miller, Judge

Plaintiff submitted a Notice of Appeal on March 29, 2006. I have determined that the document is deficient as described in this order. Plaintiff will be directed to cure the following if he wishes to pursue this appeal.

**(A)**   **Filing Fee**
      <u>X</u>    is not submitted

**(B)**   **Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24**:
      <u>X</u>    is not submitted
      <u>  </u>    is missing affidavit
      <u>  </u>    is missing certified copy of prisoner's trust fund statement for the 6-month

1

    period immediately preceding this filing
\_\_  is missing required financial information
\_\_  is missing an original signature by the prisoner
\_\_  is not on proper form (must use the court's current form)
\_\_  other_____

Accordingly, it is

  ORDERED that plaintiff cure the deficiencies designated above within thirty (30) days from the date of this order. Any papers that plaintiff files in response to this order must include the civil action number on this order. It is

  FURTHER ORDERED that the clerk of the court mail to plaintiff, together with a copy of this order, an original and one copy of the following forms: Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. It is

  FURTHER ORDERED that, if plaintiff fails to cure the designated deficiencies within thirty (30) days from the date of this order, the court of appeals will be so notified.

  DATED at Denver, Colorado, on April 7, 2006.

            BY THE COURT:


            s/ Walker D. Miller
            United States District Judge

PDF FINAL