IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-791-WDM-BNB

STEPHEN H. ADAMS,

Plaintiff,

v.

LANCE DYER, Aurora Police Department,
MICHAEL GASKILL, Aurora Police Department,
CHRISTOPHER STINE, Aurora Police Department,
GERALD JOHNSGUARD [SIC], Aurora Police Department,
RICHARD DAY, Aurora Police Department,
WILLIAM HELLER, Aurora Police Department,
JUSTIN THULL, Aurora Police Department,
JULIE STAHNKE, Aurora Police Department,
LIEUTENANT STEPHENSON [SIC], Aurora Police Department,
CAPTAIN CLOYDE [SIC], Chief/Captain of Aurora Police Department in Supervisory, City of Aurora Police Department, and
CITY OF AURORA, COLORADO,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Motion for Leave of Court to Take Deposition of Plaintiff** [docket no. 125, filed May 23, 2007] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the deposition of plaintiff Stephen Adams is to be taken at the Correctional Facility in Canon City on June 5, 2007.

DATED:  May 25, 2007