IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 04-cv-791-WDM-BNB

STEPHEN H. ADAMS,

    Plaintiff,

v.

MICHAEL GASKILL, et al.,

    Defendants.

## ORDER ON MOTION REQUESTING RELIEF FROM JUDGMENT OR ORDER

Miller, J.

    This matter is before me on Plaintiff's Motion Requesting Relief From Judgment or Order (doc no 129). At a status conference on May 4, 2007, I ordered Defendants to submit a supplemental summary judgment motion and brief on or before May 7, 2007. Plaintiff was ordered to respond on or before June 8, 2007. Plaintiff alleges that he did not receive Defendants' supplemental brief until May 24, 2007 because of intentional conduct by Defendants' counsel. Plaintiff asserts that the envelope containing the motion does not have a postmark, thus indicating that Defendants' counsel "used a different method of mailing to avoid the postmark stamp and bar codes to shield the correct date of mailing." However, Plaintiff did not provide a copy of this envelope. Plaintiff has filed this motion pursuant to Fed. R. Civ. P. 60(b), requesting that Defendants' supplemental motion for summary judgment be denied as a sanction for failing to send the motion on May 7, 2007, as was represented in the certificate of service.

Plaintiff has offered no evidence from which I can conclude that Defendants' counsel did not send the motion on May 7, 2007. Plaintiff has not requested an extension of time to respond, but merely requests that the supplemental motion for summary judgment be denied. This request will be denied. In addition, Plaintiff will not be granted additional time to respond to the motion. Even if Plaintiff did not receive the motion until May 24, 2007, he certainly had sufficient time before the June 8, 2007 deadline to request an extension of time. Instead, he waited several weeks before addressing the issue and even now gives no indication that he intends to present a response.

Accordingly, Plaintiff's Motion Requesting Relief From Judgment or Order (doc no 129) is denied.

DATED at Denver, Colorado, on June 25, 2007.

BY THE COURT:

s/ Walker D. Miller
United States District Judge