IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 04-cv-00791-WDM-BNB

STEPHEN H. ADAMS,

Plaintiff,

v.

MICHAEL GASKILL, et al.,

Defendants.

_____

**ORDER**
_____

I am informed that this case has been resolved.  Accordingly,

IT IS ORDERED that on or before **September 18, 2007**, the parties shall file a stipulation

or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated September 4, 2007.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge