IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 04-cv-00791-WDM-BNB

STEPHEN H. ADAMS,

    Plaintiff,

v.

LANCE DYER, et al.,

    Defendants.

**ORDER ON MOTION TO DISMISS**

Miller, J.

This matter is before me on the Motion for Dismissal of Action filed by Plaintiff (doc no 141). On September 17, 2007, Magistrate Judge Boyd N. Boland ordered the parties to file dismissal papers on or before October 18, 2007, presumably after the parties' settlement terms are satisfied. Although Plaintiff states that he wishes to voluntarily dismiss this action pursuant to Fed. R. Civ. P. 41(a)(2), it appears that he seeks an order from this Court regarding certain settlement conditions, including the manner and method of payment of the settlement amount. Plaintiff's motion is denied

and Plaintiff is directed to confer with counsel for Defendants regarding the implementation of the parties' settlement.

DATED at Denver, Colorado, on September 20, 2007.

BY THE COURT:

s/ Walker D. Miller
United States District Judge