IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 04-cv-00791-WDM-BNB

STEPHEN H. ADAMS,

    Plaintiff,

v.

MICHAEL GASKILL, Aurora Police Department,
CITY OF AURORA, COLORADO,

    Defendants.

---

## NOTICE OF DISMISSAL OF CLAIMS AS TO DEFENDANT GASKILL ONLY

---

    The court takes judicial notice that the parties have filed a Stipulation for Dismissal With Prejudice as to the claims against Officer Michael Gaskill only in accordance with Fed. R. Civ. P. 41(a)(1). Accordingly, the claims against defendant Gaskill are dismissed with prejudice, each party to pay his or its own costs and attorneys' fees.

    It is further ordered that the caption is amended accordingly.

    DATED at Denver, Colorado, on October 29, 2007.

                                                        BY THE COURT:

                                                        s/ Walker D. Miller

PDF FINAL

                United States District Judge