IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 04-cv-00791-WDM-BNB

STEPHEN H. ADAMS,

    Plaintiff,

v.

MICHAEL GASKILL, et al.,

    Defendants.

---

## NOTICE OF DISMISSAL OF CITY OF AURORA ONLY

---

    The court takes judicial notice that the parties have filed a Stipulation for Dismissal With Prejudice of the City of Aurora only in accordance with Fed. R. Civ. P. 41(a)(1). Accordingly, the claims against the City of Aurora, Colorado are dismissed with prejudice, each party to pay his or its own costs and attorneys' fees.

    DATED at Denver, Colorado, on November 20, 2007.

                                               BY THE COURT:

                                               s/ Walker D. Miller
                                               United States District Judge